**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS ESPARZA, | ) | CASE NO. CV 09-04184 SJO (RZ) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| F.B. HAWS, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of CARLOS ESPARZA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 26, 2009

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE